UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | CAUSE NO. 1:16-CR-78(1) DRL-MGG |
| MARKELL PALMER-TATE, | |
| Defendant. | |

OPINION & ORDER

Markell Palmer-Tate moved *pro se* for compassionate release. The government opposes his motion. Compassionate release is governed by 18 U.S.C. § 3582(c)(1), which says the court generally "may not modify a term of imprisonment once it has been imposed," except when "extraordinary and compelling reasons warrant" a reduction. 18 U.S.C. § 3582(c)(1)(A)(i).

The government invoked the mandatory exhaustion requirement. Mr. Palmer-Tate must have exhausted his administrative remedies before filing his motion. *See* 18 U.S.C. § 3582(c)(1)(A). The government's exhaustion defense "is a mandatory claim-processing rule and therefore must be enforced when properly invoked." *United States v. Sanford*, 986 F.3d 779, 782 (7th Cir. 2021). The government made a sufficient showing that Mr. Palmer-Tate didn't exhaust his remedies. The court gave Mr. Palmer-Tate adequate time to contest this position in reply, but he hasn't done so.

The court thus DENIES Mr. Palmer-Tate's motion for compassionate release (ECF 353) for failure to show that he has exhausted his administrative remedies. The court GRANTS the government's motion to seal (ECF 357).

SO ORDERED.

May 14, 2021            *s/ Damon R. Leichty*
                        Judge, United States District Court